UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

SCHEIGER DERMATOLOGY, PLLC,

    Defendant.

ECF CASE

No.: 1:19-cv-06431-JPO

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Motion for Judgment, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) each party shall bear its own fees and costs.

Because no class has been certified, and no motion for class certification filed, this matter may be dismissed without notice or court approval.

Dated:  January 9, 2020
        New York, New York

                          s/ Christopher H. Lowe
                          Christopher H. Lowe
                          LIPSKY LOWE LLP
                          420 Lexington Avenue, Suite 1830
                          New York, New York 10170
                          chris@lipskylowe.com
                          Tel: 212.392.4772
                          *Attorneys for Plaintiff*